**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**LARRY BLAINE PAINTER**                                                                    **PETITIONER**
Reg # 14746-045

VS.                          CASE NO.: 2:07CV00160 BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                        **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby rendered in favor of the Respondent and against Petitioner. This 28 U.S.C. §2241 petition for writ of habeas corpus is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE